David M. Poore, Esq. SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone: (707) 763-7100
Facsimile: (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
MARY LYNN SCILACCI

Linda E. Shostak, Esq., SBN 64599
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
lshostak@mofo.com

Attorneys for Defendants
GLOBAL CASH ACCESS HOLDINGS, INC.,
GLOBAL CASH ACCESS, INC. &
GLOBAL CASH ACCESS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LYNN SCILACCI,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL CASH ACCESS HOLDINGS, INC.;<br>GLOBAL CASH ACCESS, INC.; GLOBAL<br>CASH ACCESS LLC; and DOES 1 through<br>50, inclusive,<br><br>Defendants. | Case No. C-07-2370 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE<br><br>Date: August 17, 2007<br>Time: 1:30 p.m.<br>Courtroom: 2, 17th Floor |

-1-

IT IS HEREBY STIPULATED AND AGREED, by and between the parties by and through their counsel, as follows:

The parties have recently reached a settlement of this action. The parties hereby stipulate that the case management conference, currently scheduled for August 17, 2007 at 1:30 a.m. shall be continued for a period of at least 60 days to allow sufficient time for the parties to complete the terms of the settlement and to get a dismissal on file with the court.

IT IS SO STIPULATED.

Dated: August 13, 2007      KAHN BROWN & POORE LLP

By: _____
David M. Poore
Attorneys for Plaintiff

Dated: August 13, 2007      MORRISON & FOERSTER LLP

By: _____
Linda E. Shostak, Esq./Natalie Leonard, Esq.
Attorneys for Defendants

### ORDER

IT IS SO ORDERED. THE CASE MANAGEMENT CONFERENCE IS HEREBY RESCHEDULED TO __October 19, 2007__ at __1:30 p.__ .m.

Dated: __August 14, 2007__

_____
HON. JEFFREY S. WHITE

-2-
SCILACCI V. GLOBAL CASH ACCESS HOLDINGS, INC., ET AL. U.S. DISTRICT COURT CASE NO. C-07-2370 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING CMC