David M. Poore, Esq. SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:    (707) 763-7100
Facsimile:    (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
MARY LYNN SCILACCI

Linda E. Shostak, Esq., SBN 64599
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522
lshostak@mofo.com

Attorneys for Defendants
GLOBAL CASH ACCESS HOLDINGS, INC.,
GLOBAL CASH ACCESS, INC. &
GLOBAL CASH ACCESS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LYNN SCILACCI, | Case No. C-07-2370 JSW |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| GLOBAL CASH ACCESS HOLDINGS, INC.; GLOBAL CASH ACCESS, INC.; GLOBAL CASH ACCESS LLC; and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the entire above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a) (1).

Dated: August 15, 2007          KAHN BROWN & POORE LLP

_____
David M. Poore
Attorneys for Plaintiff

Dated: ~~August~~ September 14, 2007     MORRISON & FOERSTER LLP

*Linda Shostak*
_____
Linda E. Shostak, Esq./Natalie Leonard, Esq.
Attorneys for Defendants

\* \* \*

IT IS SO ORDERED.

The above-captioned action is hereby DISMISSED with prejudice pursuant to FRCP 41 (a) (1).

Dated: September 12, 2007        _____
                                  HON. JEFFREY S. WHITE

---

-2-

SCILACCI V. GLOBAL CASH ACCESS HOLDINGS, INC., ET AL.  U.S. DISTRICT COURT CASE NO. C-07-2370 JSW
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE